November 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GUSTAVO MENDIZABAL, Appellant

NO. 14-14-00759-CR                     V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

       We further order appellant pay all costs expended in the appeal.

       We further order this decision certified below for observance.